The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, TEALE PHELPS BONDAROFF, and GARY STOKES,<br><br>Plaintiffs,<br><br>v.<br><br>KOHYO CO., LTD., and KOHYO AMERICA INC.,<br><br>Defendants. | CASE NO. 2:21-cv-00479-RAJ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States has filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, in which the United States seeks a six (6) month extension of time, from January 19, 2022 to July 19, 2022, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of . . . time." *See* 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until July 19, 2022, to notify the Court of their decision whether or not to intervene in this qui tam action. The Clerk shall

ORDER - 1
CASE NO. 2:21-cv-00479-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 19th day of January, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2
CASE NO. 2:21-cv-00479-RAJ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970