The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, TEALE PHELPS BONDAROFF and GARY STOKES,<br><br>        Plaintiffs,<br><br>   v.<br><br>KOHYO CO., LTD. and KOHYO AMERICA INC.,<br><br>        Defendants. | CASE NO. 2:21-cv-00479-RAJ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The Court, having considered Relators' Notice of Dismissal and the United States' Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. All of the claims set forth in the Complaint shall be dismissed against the Defendants without prejudice to the Relators, and without prejudice to the United States; and

2. The Relators' Complaint, the Relators' Notice of Dismissal, the United States' Consent to Dismissal, this Order, and all other papers on file in this action shall be unsealed.

DATED this 24th day of January, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
CASE NO. 2:21-cv-00479-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970